IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
(GREENVILLE DIVISION)

| | | |
|---|---|---|
| Sharon Kirkland, | ) | Civil Action No.: 6:09-cv-2218-HFF |
|         Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| Mike Martin; and Maloney, Martin | ) | |
| & Mitchell, L.L.P., | ) | |
| | ) | |
|         Defendants. | ) | |

**CONSENT ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

_____

**THIS MATTER** comes before the Court by way of Plaintiff's request, pursuant to Local Rule 6.01 (D.S.C. 2009), to extend the time to file a response to Defendants Mike Martin and Maloney, Martin & Mitchell, L.L.P.'s ("Defendants") Motion to Dismiss, filed on October 6, 2009 (Docket Entry # 18). Plaintiff has requested fifteen (15) additional days to respond. Plaintiff has requested the additional time to fully respond to Defendants' dispositive motion. This is the first extension requested by the Plaintiff, and such extension would not affect any other deadlines in the case. Defendants have consented to the extension of time requested which would render the deadline for Plaintiff's response to be on or before November 10, 2009.

IT IS THEREFORE ORDERED that Plaintiff's deadline to file a response to Defendants' Motion to Dismiss is extended until on or before November 10, 2009.

C:\Documents and Settings\asl30\Local Settings\Temp\notes6030C8\Consent Order Extending Time.wpd

IT IS SO ORDERED.

s/Henry F. Floyd
Honorable Henry F. Floyd
United States District Judge

Spartanburg, South Carolina
October __22__, 2009

We so move:

s/William R. Padget

Harry L. Goldberg
William R. Padget
FINKEL LAW FIRM LLC
1201 Main Street, Suite 1800
Post Office Box 1799
Columbia, SC 29202
(803) 765-2935
Attorneys for the Plaintiff

We consent:

/s Curtis W. Dowling

Curtis W. Dowling
James John Todd Kincannon
Barnes Alford Stork & Johnson, LLP
Post Office Box 8448
Columbia, SC 29202
Attorneys for the Defendant